FIRST DEPARTMENT, OCTOBER TERM, 1886.

Robinson Consolidated Mining Company, v. William H. Craig and another. — Motion denied without costs. Opinion by Daniels. J.

Theodore F. Reed, Appellant, v. Isaac W. Edsall, Respondent. — Order affirmed, with ten dollars and disbursements.

Levi M. Bates and others, Respondents, v. Hiram Jones and another, Appellants. — Order affirmed, with ten dollars and disbursements.

Kate Hogan, Administratrix, etc., Appellant, v. David Henderson Respondent. — Motion denied, with costs. Opinion by Daniels, J.

Charlotte A. Wakeman, v. George H. Everett. — Motion for reargument denied.

The Bowery National Bank, Respondent, v. The Mayor, etc., of the City of New York, Appellants.—Order reversed, with ten dollars costs and disbursements, and order entered as directed in opinion. Opinion by Daniels, J.

Josephine Koush, Respondent, v. Joseph Ketzlik, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

The Electrical Supply Company, Respondent, v. The Jersey City Electric Light Company, Appellant. — Judgment affirmed. Opinion by Davis, P. J.

William Morris, Appellant, v. Emily W. Emmons Respondent. — Judgment affirmed, with costs, and with liberty to plaintiff to reply. Opinion by Brady. J.

Jane H. Cowdrey, Executrix, etc., Appellant, v. Ambrose K. Ely, Executor, etc., Respondent. — Judgment affirmed. Opinion by Davis, P. J.

Levi M. Bates and others, Appellants, v. John C. McNulty, Respondent. — Judgment affirmed, with costs. Opinion by Daniels, J.

John Hancock Mutual Life Insurance Company, Respondent, v. Julius Loewenberg, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

The People of the State of New York ex rel. Annie M. Hoffman v. The Board of Education, etc. — Proceedings affirmed, without costs. Opinion by Daniels, J.

Anna A. Baird, Appellant, v. Elizabeth M Richardson and another, Respondents. — Judgment affirmed. Opinions by Brady, J., and Daniels, P. J.

In the Matter of Mary E. Hines. — Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Davis, P. J.

James D. Brewster and others, Appellants, v. Walter T. Hatch and others, Respondents — Judgment affirmed. Opinion by Davis. P. J.

The People of the State of New York, Respondent, v. John McGrath and Mary McGrath, Appellants. — Judgment reversed, new trial ordered.

Charles L. Weller, as Receiver, etc., Respondent, v. J. B. Pace Tobacco Company, Appellant. Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Minna De Kay, Appellant, v. Charles H. Bliss and others, Respondents. — Judgment modified as directed in opinion, and affirmed as modified, without costs. Opinion by Daniels, J.

Cornelius W. H. Elting, Respondent, v. Charles W. Dayton, Appellant. — Order of reference affirmed, without costs, and motion to dismiss denied, without costs. Opinion Per Curiam.

John Hayes, Plaintiff, v. Catharine E Rabold, Defendant. — Orders affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Nathaniel Hooper and others, Respondents, v. Charles McC. Beecher and others, Appellants. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

Henry Welsh, Respondent, v. John Taylor, Appellant.—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Davis, P. J.

Max Hoffman and others, Respondents, v. Isaac Steinan and others, Appellants. — Order reversed, without costs. Opinion by Davis, P. J.

Philip Deobold, Respondent, v. Frederick Oppermann. Appellant. — Judgment and order affirmed. Opinion by Daniels, J.

The People of the State of New York v. Matthew McInerney and another. — Judgment affirmed. Opinions byDavis, P.J., and Daniels,J.

The People of the State of New York ex rel. John T. Lockman, Respondent, v. James A, Flack, Appellant. — Order affirmed. Opinion by Brady, J.

Susan F. Platt, Plaintiff, v. Annie R. Platt and others, Defendants.—Orders affirmed. Opinion by Daniels, J.

Susan F. Platt, Plaintiff, v. Annie R. Platt and others, Defendants. — Order affirmed, with ten dollars costs and disbursements, and motion to dismiss appeal denied, without costs. Opinion by Daniels, J.

Benjamin C. Thayer, Appellant, v. John Dempsey, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

The Continental National Bank of the City of New York, Respondent, v. Hermann Koehler, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Francis J. Byrnes, Respondent, v. Maria L. Labagh and others, Appellants.—Order reversed, and order to be entered as directed in opinion. Opinion by Davis, P. J.

Frank B. Stearns, Appellant, v. St. Louis and San Francisco Railway Company.— Motion for reargument denied, with costs.

George W. Johnston v. Henry Spicer. — Motion denied.

National Thread Company, Appellant, v. Mansfield Silk and Thread Company, etc., Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

The People of the State of New York, Respondents, v. Charles J. Everhardt, Appellant. — Judgment affirmed. Opinion by Davis, P. J.

Corn Exchange Bank, Appellant, v. Farmers' National Bank, Respondent. — Judgment affirmed, with costs. Opinion by Brady, J.

Richard S. Roberts and others, Appellants. v. Henry M. Graves, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

Jessup & Moore Paper Company, Respondents v. William H. Cox and another, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

Charles S. Stearns, Respondent, v. Jacob A. Sherman and another, Appellants. — Order modified as suggested in opinion, and, as modified affirmed, without costs. Opinion by Davis, P. J.

Charlotte Meyer, Respondent, v. James P. Cahen and others, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

In the matter of L. E. Chittenden, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Martha W. Leach, Respondent, v. James A. Flack, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels J.

John L. Dodge, Appellant, v. James Havemeyer, Respondent. — Judgement affirmed. Opinion by Davis, P. J.

James R. Keene, Respondent, v. Elmore A. Kent and another, Appellants. — Order reversed and motion denied, with ten dollars costs and disbursements. Opinion by Daniels, J.

The Germania Life Insurance Company, v. James Meagher and others, Appellants. — Order affirmed, with ten dollars costs and disburse ments. Opinion by Brady, J.